1  **LAW OFFICE OF RESHMA KAMATH**
2  Reshma Kamath, Cal. Bar No. 333800
3  700 El Camino Real, Suite 120, #1084
   Menlo Park, California 94025, United States
4  Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
5  *IN PROPRIA*

6              **UNITED STATES DISTRICT COURT**
7              **EASTERN DISTRICT OF CALIFORNIA**
8                                          Case No.: 1:23-cv-00461-JLT-CDB

9                                          **PLAINTIFF RESHMA KAMATH'S**
10                                         **STANCE AGAINST RACISM AND**
                                           **MISOGYNY OF RACIST JENNIFER**
11 RESHMA KAMATH, an                       **THURSTON;**
   individual,
12                                         **RACIST JENNIFER THURSTON'S**
13              Plaintiff,                 **FAILURE TO IDENTIFY FACTS IN**
                                           **DERICK KUNZ'S AND DEFENDANT**
14        v.                               **KERN COUNTY SUPERIOR COURT'S**
                                           **FAILURE TO NAME DOE DEFENDANT,**
15 (RACIST) BERNARD C.                     **A/K/A DEFENDANT BERNARD C.**
   BARMANN, (RACIST) ERIC                  **BARMANN, JR.'S RACIST DEPUTY**
16 BRADSHAW, (RACIST) KERN                 **SHERIFF IN THE RACIST KERN COUNTY**
   COUNTY SUPERIOR COURT,                  **COURTROOM.**
17 ET AL.,
18              Defendants.
19                                         **DEMAND FOR JURY TRIAL.**
20
21
22
23
24
25
26
27        *TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF*
28 *RECORD, HEREIN:*

                                    1

RACIST JENNIFER THURSTON has shown that the courts are merely vestiges of the KKK.

RACIST JENNIFER THURSTON's racist and misogynistic order shows a self-absorbed White woman's promotion of WHITE RACISM.

RACIST JENNIFER THURSTON's racist and misogynistic order is DEVOID OF FACTS. Not even one fact was shown to buttress RACIST JENNIFER THURSTON's racist and misogynistic order.

Full of legal theories, RACIST JENNIFER THURSTON and her compatriot, CHRIS BARKER, have racially and misogynistically supported White fellow racists, DERICK KOONZ, ERIC BRADSHAW, and BERNARD BARMANN, JR..

While Jenny encourages Bernie, Eric, and Derick, Jenny revels in her support of White racism and White misogyny.

Racist Jenny is even a little proud that she thinks she is not racist and misogynistic against non-White people, because racist Jenny has hired some non-White and female subservient staff.

While racist Jenny cannot support female non-White immigrant solo practitioners, racist Jenny like many a White judicial officer have demonstrated they CANNOT ACCEPT NON-WHITE WOMEN AS EQUALS OR BETTER THAN THEM.

Racist Jenny thinks this ends here – but what racist Jenny, racist Bernie, racist Eric, and racist Derick do not realize is that when the courts do not offer justice, people know how to seek justice in other ways.

RACIST JENNIFER THURSTON further doesn't realize (or maybe each of these racists subliminally do know) that PLAINTIFF RESHMA KAMATH will get farther in life than them – more successful than the low-rate judges that Jenny and Chris are.

Next eight years will be the RE-ENTRY of the TRUMP ERA, watch how this country falls a little more into White dogma and more into oblivion.

RACIST JENNIFER THURSTON's applauding of White trash Derick Kunz's trashy work in the horribly-drafted motion to dismiss, where even Derick Kunz's failure in naming the racist Sheriff in RACIST Bernard Barmann, Jr.'s courtroom as well as that of the managing attorney at the DEFENDANT KERN COUNTRY SUPERIOR COURT– show the utter failure of RACIST JENNIFER THURSTON, RACIST/MISOGYNISTIC CHRISTOPHER BARKER, and the ENTIRE COURT SYSTEM.

RACIST JENNIFER THURSTON's SUPPORT OF MAJORITY POPULATIONS OF WHITE AND LATIN-AMERICAN show that RACIST JENNIFER THURSTON has a DISDAIN for INDIAN people.

1
2
3
4

RACIST JENNIFER THURSTON's hatred toward anything non-American shows that she cannot keep her personal biases, prejudices, discrimination and hatred out of the rulings.

5
6
7
8

RACIST JENNIFER THURSTON also shows the typical White traits – that she blindly will support WHITE PEOPLE, and she will always need a WHITE or MALE attorney to support any woman of color or person of color.

9
10
11
12
13
14
15
16
17

PLAINTIFF RESHMA KAMATH informs this court that if she decides to become a judge in California – then RACISTS SUCH AS RACIST JENNIFER THURSTON, DERICK KUNZ, ERIC BRADSHAW, CHRISTOPHER BARKER, BERNARD C. BARMANN, JR., and the rest of the WHITE GANG will see PLAINTIFF RESHMA KAMATH's wrath in throwing each of their cases out and using the same Rooker-Feldman doctrine, Eleventh Amendment and related LEGAL THEORIES to punish each of such racists and misogynists in a court of law.

18
19
20
21
22
23

RACIST JENNIFER THURSTON has no friends who're Indian, rarely if ever had any Indian woman attorney appear before THE HONORABLE RACIST, and rarely if ever had any Indian woman sole practitioner appear before THE HONORABLE RACIST

24
25
26
27
28

Pretty sure RACIST JENNIFER THURSTON and CHRISTOPHER BAKER's life is OBLIVIOUS OF REALITIES IN THE UNITED STATES – and the ruling of MAY 13, 2024 WREAKS OF RACIST JENNIFER THURSTON'S RACIAL HATRED TOWARDS INDIAN WOMEN AND WHITE MISOGYNY

that the UNITED STATED has HARBORED for decades and centuries. Again, not one fact to support her legal theories in her entire ruling.

People like RACIST JENNIFER THURSTON, CHRISTOPHER BARKER, BERNARD C. BARMANN, JR. AND DERICK KUNZ need to be LOCKED UP IN PRISON.

Finally, PLAINTIFF RESHMA KAMATH had decided some years ago when she joined the legal profession, that PLAINTIFF RESHMA KAMATH will be moving back to her birth country. The RACISM that PLAINTIFF RESHMA KAMATH experienced in law school, then the legal profession and now in the courts – are more than enough for PLAINTIFF RESHMA KAMATH to know this is not her country and the self-absorbed White women who whorishly want help from everyone will never help non-White immigrant women when they're speaking the truth.

///

**DATED: MAY 13, 2024**

*/S/ Reshma Kamath*

**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath,
*In Propria persona*

5

## PROOF OF SERVICE
### F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

I am employed in the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business address is: 700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025. On MAY 13, 2024, I served the following document(s), by method(s) indicated below, on the parties in this action: SEE ATTACHED SERVICE LIST.

**PLAINTIFF RESHMA KAMATH'S STANCE AGAINST RACISM AND MISOGYNY OF RACIST JENNIFER THURSTON;**

**RACIST JENNIFER THURSTON'S FAILURE TO IDENTIFY FACTS IN DERICK KUNZ'S AND DEFENDANT KERN COUNTY SUPERIOR COURT'S FAILURE TO NAME DOE DEFENDANT, A/K/A DEFENDANT BERNARD C. BARMANN, JR.'S RACIST DEPUTY SHERIFF IN THE RACIST KERN COUNTY COURTROOM.**

**ELECTRONIC SERVICE**
In electronically transmitting courtesy copies of the document (s) listed above to the email-address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported as complete and without error, as per the electronic service agreement between all parties and their attorneys of record, herein. [NOTICE OF C.C.P. SECTION 1010.6.]

///
I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on MAY 13, 2024.

*/s/ Reshma Kamath*
Reshma Kamath


**SERVICE LIST**

**Any racist Defendants' racist attorney who has signed up for electronic-notices via ECF.**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RACIST JENNIFER THURSTON'S KKK VESTIGE