**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath, Cal. Bar No. 333800,
700 El Camino Real, Suite 120, #1084,
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
Plaintiff **RESHMA KAMATH**, *in propria persona*

**IN AND FOR THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

| | |
|---|---|
| RESHMA KAMATH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD C. BARMANN, JR., a judge; DEPUTY SHERIFF, a sheriff; ERIC BRADSHAW, a presiding judge; THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF KERN; an administrative body; and DOES 1-10, INCLUSIVE,<br><br>Defendants. | **Case No.: 1:23-cv-00461-JLT-CDB**<br><br>**PLAINTIFF RESHMA KAMATH'S NOTICE TO RACIST JENNIFER THURSTON AND CHRISTOPHER BAKER** |

*TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:*

1

**PLAINTIFF RESHMA KAMATH'S NOTICE TO RACIST JENNIFER THURSTON AND CHRISTOPHER BAKER**

### *PLAINTIFF RESHMA KAMATH'S NOTICE TO RACIST JENNIFER THURSTON*

*Dear Racist Jennifer Thurston:*

*Plaintiff Reshma Kamath informs Racist Jennifer Thurston that Plaintiff Reshma Kamath will come back with a bigger-and-better case against more racists in the Kern County region.*

*That lawsuit will not only include racist Jennifer Thurston – who has demonstrated she hates/detests Indian-American women (see Reshma Kamath, Kamalpreet Sidhu Kaur and potentially other Indian women), - but also other racists such as Racist Deputy Sheriff from Racist and Misogynistic Bernard C. Barmann, Jr.'s courthouse, Racist Christopher Baker, Racist George R. Martin, Misogynistic Seth O'Dell, and related. The White gang that is scratching each other's back in a quid-pro-quo fashion is that White culture festering in the United States' law enforcement and courthouses.*

*Plaintiff Reshma Kamath further informs Racist Jennifer Thurston that Racist Jennifer is particularly Racist, because when a judicial officer is faced with a code, law, and statute, the judicial officer is bound to act in accordance with it. When a judicial officer such as Racist Jennifer Thurston FAILS to adhere to the code, law, and statute, there is no other explanation, but RACISM.*

*Plaintiff Reshma Kamath additionally informs Racist Jennifer Thurston that racism and misogyny in the year 2024 does not have to involve*

*racial epithets, slurs, name-calling, and the traditional notions of racism. What Racist Jennifer Thurston has done, i.e., Racist Jennifer's misconduct and omissions as a judicial officer is RACISM.*

*As a point of referenced, the KKK (and even slavery) had a lot of support from non-White people if Racist Jennifer is thrilled that other Indian/brown/non-White women were supporting Racist Jennifer's White-ness and that of the racists she supports.*

*Plaintiff Reshma Kamath would also like to remind Racist Jennifer Thurston that justice that is not achieved in the courthouse via legal mechanisms could be and will be pursued in many other forms.*

*Plaintiff Reshma Kamath is not afraid of any threat from the Racist Jennifer Thurston such as an arrest warrant, prison, sanctions, miscellaneous, and quashing the speech of a lawyer/citizen of the United States.*

*///*

DATED:  June 5, 2024          LAW OFFICE OF RESHMA KAMATH

                              */S/ Reshma Kamath*
                              Reshma Kamath, Plaintiff

**PLAINTIFF RESHMA KAMATH'S NOTICE TO RACIST JENNIFER THURSTON AND CHRISTOPHER BAKER**